USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

            -against-

CHANG ZOU,

            Defendant.
------------------------------------------------------X

1: 20 Cr. 0051 (PAC)
**REMAND ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at the bail appeal hearing held on February 10, 2020, bail is **REVOKED**. The defendant is **REMANDED** to the custody of the United States Marshal for the Southern District of New York.

Dated: New York, New York
       February 10, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge