**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

3/23/2021
The request is granted. A conference is set for April 28, 2021 at 11 AM. Time is excluded through April 28, 2021. SO ORDERED.

*Paul A. Crotty*

Re:   *United States v. Chang Zou and Lian Qiu*, S2 20 Cr. 51 (PAC)

Dear Judge Crotty:

The Government respectfully writes to request, on consent of both defendants, an approximately 30-day adjournment of the conference currently scheduled for March 24, 2021.

The Government further requests, on consent of both defendants, that the time between March 24, 2021, and the next conference be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the parties to continue discussing a potential resolution of the case without trial.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:   /s/
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

cc:   Clay Kaminsky, Esq. (By ECF)
Jeffrey Pittell, Esq. (By ECF)