# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

April 26, 2021

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

Re:   U.S. v. Zou, et al, {Lian Qui} 20 cr 51 (PAC)

Dear Judge Crotty:

I am counsel for Lian Qui, a defendant in the above referenced matter.

Currently the case is scheduled for a status conference on April 28, 2021. On behalf of all parties, I respectfully request the conference be rescheduled to May 5, 2021 at 10:30 a.m. It is my understanding this date is available on the court's calendar and the parties are available as well.

I consent to an exclusion of time, under the Speedy Trial Act, from today's date to the adjourn date. It is my understanding that counsel for co-defendant Zou consents to the exclusion as well.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Micah Fergenson, AUSA
      Clay Kaminsky

4/27/2021
The requested adjournment is granted. Conferences will be held on May 5 at 10:30 AM (for Zou) and 12 noon (for Qian). Time will be excluded through May 5, 2021. SO ORDERED.