# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 10, 2021

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement:]* 9/14/2021 Sentencing is adjourned to October 7 at 1:30pm. So ordered. Paul A. Crotty USDJ

Re: **United States v. Chang Zou,**
20 Cr. 51 (PAC)

Dear Judge Crotty:

I write to request that the Court adjourn Mr. Zou's sentencing, which is currently scheduled for September 20, in order to give me sufficient time to review the final PSR and recently received mitigation materials with Mr. Zou prior to submitting the defense memorandum. In particular, I request that sentencing be adjourned to September 30 (in the afternoon), October 6, October 7 (in the morning), October 12, or October 14. The government has no objection to this request and is available at the proposed times.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: AUSA Micah Fergenson